STATE v. GREEN

No. 215 PC.

Case below: 29 N.C. App. 574.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 September 1976.

STATE v. JORDAN

No. 39 PC.

Case below: 30 N.C. App. 529.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 September 1976.

STATE v. NEAGLE

No. 169 PC.

Case below: 29 N.C. App. 308.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 September 1976.

STATE v. NORMAN

No. 213 PC.

Case below: 29 N.C. App. 606.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 September 1976.

STATE v. NORTON and NORTON

No. 4 PC.

Case below: 30 N.C. App. 258.

Petition by defendants for discretionary review under G.S. 7A-31 denied 1 September 1976.